# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0349. DIANE ASKEWS v. NAJARIAN CAPITAL LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED. Najarian Capital LLC's motion to dismiss the application is DENIED as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/13/2024*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
>
> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, Clerk.